IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARK McPHERSON,

    Petitioner,

vs.                                        CIVIL ACTION NO. CV204-167

ROBERT McFADDEN, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

MRK MCPHERSON )

vs ) CASE NUMBER CV204-167

ROBERT MCFADDEN ) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated Order & Jgm _____, which is part of the official record of this case.

Date of Mailing: 8/5/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

**Name and Address**

Mark McPherson  CCM Miami  401 N. Miami Ave.  Miami, FL 33128
Delora Kennebrew

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate