# United States District Court
## Southern District of Georgia

MARK McPHERSON

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV204-167

ROBERT McFADDEN, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 5, 2005, adopting the Report and Recommendation of the Magistrate Judge denying the petition for writ of habeas corpus; judgment of dismissal is hereby entered and this case stands dismissed.

EOD 8/5/05

August 5, 2005
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

# United States District Court
## *Southern District of Georgia*

MRK MCPHERSON
_____ )

vs ) CASE NUMBER CV204-167

ROBERT MCFADDEN
_____ ) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated
   Order & Jgm _____, which is part of the official record of this case

Date of Mailing: 8/5/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

**Name and Address**

Mark McPherson  CCM Miami  401 N. Miami Ave.  Miami, FL 33128
Delora Kennebrew

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate